IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-CV-01285-REB-MJW

---

COLORADO SATELLITE BROADCASTING, INC.

Plaintiff,

v.

CIPHERMAX, INC., formerly known as MAXXAN SYSTEMS, INC.

Defendant.

---

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL
( Docket No. 20 )

---

THIS MATTER, having come before the Court upon the motion for withdrawal of counsel (the "Motion"), and the Court having reviewed the Motion, and good cause having been shown for the granting of the requested relief ORDERS:

> That Luis A. Toro be, and hereby is, authorized to withdraw as counsel for Colorado Satellite Broadcasting, Inc. in the above-captioned proceedings.

Dated: __January 31__, 2008.

BY THE COURT:

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO