IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01285-REB-MJW

COLORADO SATELLITE BROADCASTING, INC.,

Plaintiff(s),

v.

CIPHERMAX, INC., formerly known as MAXXAN SYSTEMS, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Request for Forthwith Hearing, which is contained in Docket No. 27, is granted in that the Motion to Withdraw as Counsel for Defendant (Docket No. 27), filed with the Court on July 11, 2008, is set for a Motion Hearing on Tuesday, July 22, 2008, at 8:30 a.m., before Magistrate Judge Watanabe in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Local counsel for the parties and a representative for the defendant Ciphermax, Inc., shall appear in person at this hearing. Plaintiff and defendant Ciphermax, Inc., shall file a response to the Motion to Withdraw as Counsel for Defendant (Docket No. 27) on or before 12 noon on Friday, July 18, 2008. Defense counsel shall ensure that a copy of this Minute Order is sent to the defendant, Ciphermax, Inc.

     It is FURTHER ORDERED that the Request for Decision by Available Magistrate Judge (Docket No. 29) is DENIED. This court will reset the due date for filing a proposed Final Pretrial Order in this matter at the July 22, 2008, Motion Hearing.

Date: July 14, 2008