IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01285-REB-MJW

COLORADO SATELLITE BROADCASTING, INC.,

    Plaintiff,

v.

CIPHERMAX, INC., formerly known as MAXXAN SYSTEMS, INC.,

    Defendant.

## ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte*. On October, 28, 2008, I entered an **Order To Show Cause** [#48], directing defendant to show cause in writing on or before November 10, 2008, why its counterclaims for conversion, breach of implied contract, and quantum meruit should not be dismissed for failure to prosecute. Defendant has not responded to that order. I therefore find and conclude that the show cause order should be made absolute and that defendant's counterclaims should be dismissed for failure to prosecute.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#48], filed October 28, 2008, is **MADE ABSOLUTE**; and

2. That defendant's counterclaims for conversion, breach of implied contract, and quantum meruit as asserted in its **Answer and Counterclaims** ¶¶ 37-61 at 4-7 [#7], filed June 25, 2007, are **DISMISSED** for failure to prosecute.

Dated November 18, 2008, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**