IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  07-cv-01285-REB-MJW

COLORADO SATELLITE BROADCASTING, INC.,

    Plaintiff,

v.

CIPHERMAX, INC., formerly known as MAXXAN SYSTEMS, INC.,

    Defendant.
_____

## DEFAULT JUDGMENT
_____

Pursuant to and in accordance with the Order by Judge Robert E. Blackburn, entered November 18, 2008, granting the Plaintiff's Motion for Default Judgment Damages [#47], filed September 17, 2008,  which order is incorporated herein by reference as if fully set forth, it is **ORDERED** as follows:

1. That pursuant to the Court's Order Adopting in Part the Recommendation of the United States Magistrate Judge [#43], filed September 2, 2008, and the Court's Order Making Absolute Order to Show Cause [#49], entered November 18, 2008, judgment is **ENTERED** on behalf of the plaintiff, Colorado Satellite Broadcasting, Inc., and against the defendant, Ciphermax, Inc., formerly known as MaXXan Systems, Inc., on all claims for relief and causes of action;

2. That the plaintiff is **AWARDED** damages in the principal amount of $381,534.38, together with prejudgment interest at the rate of eight percent (8%) per annum compounded annually from May 15, 2007, through the date judgment is entered; and

3. That the plaintiff is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED at Denver, Colorado, this 24TH day of November, 2008.

FOR THE COURT
Gregory C. Langham , Clerk

By: s/ Edward P. Butler
Edward Butler
Deputy Clerk

APPROVED AS TO FORM:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge